USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 8/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MARSHALL, for and on behalf of all others similarly situated who were employed by UBS FINANCIAL SERVICES, INC., and/or any other entities affiliated with or controlled by UBS FINANCIAL SERVICES, INC.,<br>Plaintiff,<br>- against -<br>UBS FINANCIAL SERVICES, INC., and/or any other entities affiliated with or controlled by UBS FINANCIAL SERVICES, INC.,<br>Defendants. | Docket No.: 14-cv-4384 (JGK)<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

**IT IS STIPULATED AND AGREED** that Plaintiff's class allegations and claims pursuant to Fed. R. Civ. P. 23 and collective allegations and claims pursuant to 29 U.S.C. § 216(b) are dismissed without prejudice and without costs or fees to any party.

**IT IS STIPULATED AND AGREED** that this stipulation of partial dismissal does not affect Plaintiff's remaining individual claims, asserted solely on his own behalf, against Defendant UBS Financial Services Inc.

**IT IS STIPULATED AND AGREED** that facsimile and/or electronically scanned signatures shall be deemed originals.

DATED: 7/30, 2015        By: _____
                              VIRGINIA & AMBINDER, LLP
                              Lloyd Ambinder, Esq.
                              Jack Newhouse, Esq.
                              40 Broad Street, 7th Floor
                              New York, New York 10004
                              (212) 943-9080

                              LEEDS BROWN LAW, P.C.

                              Jeffrey K. Brown, Esq.
                              Daniel Markowitz, Esq.
                              One Old Country Road, Suite 347

Carle Place, NY 11514
Tel: (516) 873-9550
Fax: (516) 747-5024

*Attorneys for Plaintiff*
CHRISTOPHER MARSHALL

DATED: July 29, 2015        By: _____

McElroy, Deutsch, Mulvaney
& Carpenter, LLP
J. Michael Riordan, Esq.
John D. Miller, III, Esq.
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, New Jersey 07962

*Attorneys for Defendant*
UBS FINANCIAL SERVICES INC.

## ORDER

The above Stipulation of the parties is **HEREBY ENTERED** as an Order of the Court.

Dated: 7/31/15        _____
                      Honorable John G. Koeltl, U.S.D.J

2