**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

**J. Michael Riordan, Esq.**
Tel. (973) 425-8676
jmriordan@mdmc-law.com


August 4, 2015


<u>Via ECF</u>

Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    **Marshall v. UBS Financial Services, Inc.**
               **Case No. 14-cv-4384 (JGK)**

Dear Judge Koeltl:

    At the Scheduling Conference on July 28, 2015, you asked counsel to confirm by August 14th if they would consent to disposition of this case by a Magistrate Judge. Counsel have conferred. This will confirm that the parties do not consent to disposition by Magistrate Judge.

    Please advise if you have any questions concerning the foregoing.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

/s/ J. Michael Riordan

J. Michael Riordan

JMR/lbm
cc:    Daniel Markowitz, Esq. (via email)
        Jack Newhouse, Esq. (via email)