```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED __1-22-16__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MARSHALL, for and on behalf of all others similarly situated who were employed by UBS FINANCIAL SERVICES, INC., and/or any other entities affiliated with or controlled by UBS FINANCIAL SERVICES, INC.,

  Plaintiff,

v.

UBS FINANCIAL SERVICES, INC., and/or any other entities affiliated with or controlled by UBS FINANCIAL SERVICES, INC.,

  Defendant.

Case No. 14 cv 4384 (JGK)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Christopher Marshall and Defendant UBS Financial Services Inc. ("UBSFS"), through their undersigned counsel, having previously dismissed all class and collective allegations and claims pursuant to Fed. R. Civ. P. 41, that the remaining individual claims set forth in Plaintiff Marshall's First Amended Complaint in the above-captioned matter, be and hereby are dismissed without prejudice, in their entirety, and without fees or costs against any party.

VIRGINIA & AMBINDER LLP
Attorneys for Plaintiff
Christopher Marshall

By: _____
   Jack L. Newhouse
Dated: 12/21, 2015

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant UBSFS

By: _____
   J. Michael Riordan
Dated: 1/21, 2016

SO ORDERED:

_____
U.S.D.J.
1/22/16